**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation.<br><br>THIS DOCUMENT RELATES TO:<br><br>Ryan, Clara v. Matrixx Initiatives, Inc., et al.<br>CV 10-1876-PHX-FJM<br><br>Helm, Judy v. Matrixx Initiatives, Inc., et al.<br>CV 10-1942-PHX-NVW. | No. 09-md-2096-PHX-FJM<br><br>**ORDER** |

The court has before it the parties' "Stipulated Motion to Transfer Related Cases to MDL No. 2096 In Re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation" (doc. 894).

Plaintiffs allege that they suffered anosmia after using Zicam Cold Remedy, and assert claims for fraud, negligence, failure to warn, defective design, manufacturing defects. breaches of express and implied warranty, and violation of the Unfair and Deceptive Trade Practices Act. Plaintiffs' cases involve the same defendants and call for determination of substantially the same questions of law as the other personal injury cases in the MDL. See LRCiv 42.1(a).

1   Therefore, **IT IS ORDERED GRANTING** the parties' stipulated motion to transfer
2   (doc. 894).  **IT IS ORDERED** that CV 10-1876-PHX-FJM and CV 10-1942-PHX-NVW
3   shall be transferred to <u>In Re: Zicam Cold Remedy Marketing, Sales Practices, and Products
4   Liability Litigation</u>, 09-md-2096-PHX-FJM.

5   DATED this 20th day of September, 2010.

*/s/ Frederick J. Martone*
Frederick J. Martone
United States District Judge